■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANDREW NAPOLETANO, Appellant.—

Munder, Acting, P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.